```
                  UNITED STATES DISTRICT COURT
                       DISTRICT OF MAINE
```

| | |
|---|---|
| AUSTIN CARMICHAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO: 06-71-B-W |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 27, 2007 his Recommended Decision. Plaintiff filed his objections to the Recommended Decision on April 13, 2007 and Defendant filed his response to those objections on April 19, 2007. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

    2.    The commissioner's decision is <u>AFFIRMED</u>.

<u>/s/ John A. Woodcock, Jr.</u><br>UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2007.